UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2010 SEP -3 A 9:00

In the Matter of the Application
for a Search Warrant for Computer          1:10-mj-51
servers at GoDaddy.com, Inc.,              UNDER SEAL - LEVEL I
a web hosting and email provider,
headquartered at 14455 N. Hayden Road,
Suite 219, Scottsdale, AZ 85260

## 18 U.S.C. § 2705(b) PRECLUSION OF NOTICE ORDER

The Court, having considered the Motion filed by the government seeking an extension of the Order precluding GoDaddy.com, Inc., from notifying any person of the existence of the search warrant pertaining the websites **ftp.justfuckit.info** and **ftp.cinderella.info**, finds that there is reason to believe that notification of the existence of the search warrant will result in the destruction of or tampering with evidence or otherwise will seriously jeopardize the investigation.

THEREFORE IT IS ORDERED that GoDaddy.com, Inc., shall not notify any person of the existence of the search warrant, for a period of one hundred eighty (180) days from the date of this Order.

SO ORDERED.

September __3__, 2010

/s/ Landya B. McCafferty
Landya B. McCafferty
United States magistrate Judge